IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

MICHELLE BROWN,              )
                             )
    Plaintiff,               )
                             )
v.                           )   Case No. 1-05-1171-T An
                             )
CBK, and PAULA PARDUE, Individually,  )
                             )
    Defendants.              )

## RULE 16(b) SCHEDULING ORDER

Pursuant to the Scheduling Conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (RULE 26(a)(1)):** September 13, 2005

**JOINING PARTIES:**

    For Plaintiff:    November 14, 2005
    Defendant:    December 14, 2005

**AMENDING PLEADINGS:**

    For Plaintiff:    November 14, 2005
    For Defendant:    December 14, 2005

**COMPLETING ALL DISCOVERY:** May 15, 2006

    (a) **REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS:** May 15, 2006

    (b) **EXPERT DISCLOSURE (Rule 26(a)(2)):**

        (i)    **PLAINTIFF'S EXPERTS:** November 14, 2005

        (ii)    **DEFENDANT'S EXPERTS:** January 10, 2006

        (iii)    **SUPPLEMENTATION UNDER RULE 26(e):** 10 Days after Defendant's disclosure

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 8/30/05

(c) **DEPOSITION OF EXPERTS:** May 15, 2006

**FILING DISPOSITIVE MOTIONS:**

April 19, 2006

**FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

(a)  For Plaintiff:   June 5, 2006

(b)  For Defendant:   June 19, 2006

Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last 3 days and is **SET** for **JURY TRIAL** on **Wednesday, July 19, 2006 at 9:30 a.m.** A Joint Pre-Trial Order is due on July 17, 2006. In the event the parties are unable to agree on a Joint Pre-Trial Order, the parties must notify the Court at least 10 days before trial.

**OTHER RELEVANT MATTERS:**

Interrogatories, Requests for Production and Requests for admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer or objection, which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60 shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties do not consent to trial before the Magistrate Judge.

*The parties are encouraged to engage in court-annexed attorney mediation or*

*private mediation <u>on or before the close of discovery.</u>*

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

IT IS SO ORDERED.

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE: August 26, 2005

**AGREED:**

**GILBERT & RUSSELL, PLC**

*/s/ Justin S. Gilbert*

Justin S. Gilbert
TN Bar No. 017079
Michael L. Russell
TN Bar No. 20268
2021 Greystone Park
P. O. Box 11357
Jackson, TN 38308
Telephone: 731-664-1340
Facsimile: 731-664-1540
ATTORNEYS FOR PLAINTIFF

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

*/s/ Angie Davis w/ permission by TSG on 8/19/05*

Steve Goodwin (TN Bar No. 6294)
Angie Davis (TN Bar No. 20043)
2000 First Tennessee Building
165 Madison Avenue
Memphis, Tennessee 38103
Direct: (901) 577-2271
Fax: (901) 577-0884

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01171 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Stephen D. Godwin
BAKER< DONELSON< BEARMAN< CALDWELL & BERKOWITZ
165 Madison Avenue, STE 2000
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT